PATSY J. CAPOZZI *v.* WILLIAM LUCIANO, JR., ET AL.

The plaintiff's motion to set aside the judgment of the trial court and to direct the entry of a judgment for the plaintiff in the appeal from the Superior Court in Fairfield County is denied.

*Robert R. Petrucelli,* for the appellant (plaintiff).

*Richard K. Mulroney,* for the appellees (defendants).

Argued October 13—decided October 13, 1977

EDWARD WILLAMETZ *v.* YANKEE HOME BUILDERS, INC., ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Thomas F. Parker,* for the appellees (defendant Yankee Home Builders, Inc., et al.).

*James T. Brennan,* for the appellant (plaintiff).

Argued October 4—decided October 4, 1977

RAYMOND CLARK, JR. *v.* HAROLD C. POPE ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Thomas F. Parker,* for the appellees (defendant Yankee Home Builders, Inc., et al.).

*James T. Brennan,* for the appellant (plaintiff).